Joseph Wagner, Trading as Wagner Dairy Products, Appellant, v. Milk Wagon Drivers' Union, Local 753 et al., Appellees.

Gen. No. 42,358.

opinion filed September 27, 1943. Joseph C. Kanak and Harvey L. Cavender, for appellant; David A. Riskind, for appellees. Opinion by JUSTICE NIEMEYER. Not to be published in full.

Vida Best, Appellant, v. Mid-West Construction Corporation, Appellee.

Gen. No. 42,483.

opinion filed September 27, 1943. Irving N. Stenn and Philip Rosenthal, for appellant; Stuart B. Krohn and Ian P. MacDonald, of counsel; Abraham Lepine, for appellee. Opinion by JUSTICE NIEMEYER. Not to be published in full.